# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01394-MSK

VIRGINIA DENTON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on October 1, 2015, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of  the Commissioner is **REVERSED.**  This matter is **REMANDED**  for further reconsideration  by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 30 days of the date of this judgment and defendant shall have 30 days to respond.

    Dated at Denver, Colorado this 2nd day of October, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Patricia Glover

    Patricia Glover
    Deputy Clerk