IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01394-MSK

VIRGINIA DENTON,

    Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security Administration,

    Defendant.

_____

**ORDER**
_____

    Upon stipulation by the parties, it is hereby **ORDERED** that Plaintiff is awarded $7,500.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is

    FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

Virginia Denton
c/o Paul Radosevich, esq.
Radosevich & Dixon
1621 York St.
Denver, CO. 80206

DATED this 26th day of October, 2015.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Court